**UNITED STATES of America**
**Plaintiff-Appellee**

v.

**Daniel Flores REYDONDO**
**Defendant-Appellant**

No. 17-1903

United States Court of Appeals,
Eighth Circuit.

Submitted: October 5, 2017

Filed: October 11, 2017

John E. Beamer, Assistant U.S. Attorney, U.S. Attorney's Office, Des Moines, IA, for Plaintiff-Appellee

Daniel Flores Reydondo, Pro Se

Before WOLLMAN, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Daniel Flores Reydondo directly appeals after he pled guilty to an immigration offense and the district court[1] sentenced him to a prison term at the high end of the calculated guidelines range. His counsel has moved for leave to withdraw and has filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), arguing that the sentence is unreasonable.

Upon careful review, we conclude that the district court did not impose an unreasonable sentence. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (discussing appellate review of sentencing decisions; if sentence is within guidelines range, appellate court may, but is not required to, apply presumption of reasonableness). In addition, having independently reviewed the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel's motion to withdraw, and we affirm.

1. The Honorable Rebecca Ebinger, United States District Judge for the Southern District of Iowa.